# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** III | **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number  | |
| | Search Warrant Case Number  19-MJ-7276-JCB, See below | |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: Diego Ifeanyichukwu Okeh    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: 

Address: (City & State)

Birth date (Yr only): 1990   SSN (last4#): 0490   Sex: M   Race: Black   Nationality: Nigerian

**Defense Counsel if known:** Jeff Denner    Address: 

**Bar Number**: 

**U.S. Attorney Information:**

AUSA: Kriss Basil    Bar Number if applicable: 673074

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: 

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date**: 

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/01/2022    Signature of AUSA: /s/ Kriss Basil

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Diego Ifeanyichukwu Okeh

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Conduct an Unlicensed Money Transmitting Business | Count 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   19-MJ-7277-JCB, 19-MJ-7278-JCB, 19-MJ-7279-JCB, 19-MJ-7284-JCB, 20-MJ-5270-JGD through 20-MJ-5294-JGD (25 warrants), 21-MJ-7328-JCB, 21-MJ-7331-JCB